# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIUDMILA SOSNILO,**<br><br>Plaintiff,<br><br>v.<br><br>**SECRETARY KRISTI NOEM, ET AL.,**<br><br>Defendants. | Case No. 4:24-cv-07256-YGR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS MOOT;**<br><br>**REFERRING PLAINTIFF'S COUNSEL TO STANDING COMMITTEE ON PROFESSIONAL CONDUCT**<br><br>Re: Dkt. No. 13 |

Defendants have filed an administrative motion to continue the stay and status report notifying the Court that the United States Citizenship and Immigration Services ("USCIS") adjudicated and approved plaintiff's Form I-589 asylum application on August 15, 2025. (Dkt. No. 13.) Defendants have also notified the Court that they have been unable to confer with plaintiff's counsel regarding the case status; that plaintiff's counsel has been listed as "inactive" on the California State Bar's website as of July 8, 2025; and that plaintiff's counsel's law firm filed for Chapter 7 bankruptcy on July 30, 2025. *See Law Offices of Svetlana L. Kaff, P.C.*, No. 3:25-bk-30600.

In light of the foregoing, the parties are hereby **ORDERED TO SHOW CAUSE** in writing, by no later than **January 19, 2026**, why the case should not be dismissed without prejudice as moot, and, if not, on what grounds. Any failure to respond will be deemed a concession that the case should be dismissed.

Additionally, plaintiff's counsel is hereby **REFERRED** to the Northern District of California's Standing Committee on Professional Conduct for failing to represent the client and to notify the Court regarding her inactive Bar status and of the resolution of the administrative process. *See* Civ. L.R. 11-6.

The Clerk of the Court **SHALL** serve a copy of this Order on plaintiff as well as plaintiff's attorney by any means reasonably necessary to provide actual notice, including, but not limited to, serving plaintiff at the address listed in her petition for writ of mandamus. (Dkt. No. 1 ¶ 1.)

This Order terminates Docket No. 13.

**IT IS SO ORDERED**.

Date:  January 12, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**