**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIUDMILA SOSNILO,** | Case No.  4:24-cv-07256-YGR |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE AS MOOT** |
| **SECRETARY KRISTI NOEM, ET AL.,** | |
| Defendants. | |

On January 12, 2026, the Court ordered the parties to show cause in writing why the case should not be dismissed without prejudice as moot in light of defendants' representation that plaintiff's asylum application at issue has been granted. The Court set a deadline of January 19, 2026 to file a response and stated that any failure to respond would be deemed a concession that the case should be dismissed.

Defendants timely responded stating they have no objection to the case being dismissed, and plaintiff did not file a response by the deadline. The case is therefore **DISMISSED WITHOUT PREJUDICE AS MOOT**. Because the dismissal is without prejudice, plaintiff may move to vacate this order and reopen the case if she disputes defendants' representations.

The Clerk of the Court **SHALL** serve a copy of this Order on plaintiff as well as plaintiff's attorney by any means reasonably necessary to provide actual notice, including, but not limited to, serving plaintiff at the address listed in her petition for writ of mandamus. (Dkt. No. 1 ¶ 1.)

**IT IS SO ORDERED**.

Date:    January 30, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**